```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12750
   ROBERT O HENDERSON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3490


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/06/2006 and was confirmed 02/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   1.00%.

     The case was dismissed after confirmation 11/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                         PAID        PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE SECURED VEHIC   22634.16       919.18      3094.98
CAPITAL ONE AUTO FINANCE UNSECURED          11.50          .00          .00
CAPITAL ONE AUTO FINANCE NOTICE ONLY    NOT FILED          .00          .00
WELLS FARGO              SECURED VEHIC   13725.00       520.82      1875.18
WELLS FARGO AUTO FINANCE UNSECURED        5923.69          .00          .00
ASC                      UNSECURED      NOT FILED          .00          .00
ADT SECURITY SYSTEMS     UNSECURED      NOT FILED          .00          .00
BLAIR                    UNSECURED      NOT FILED          .00          .00
CAPITOL MANAGEMENT SERVI NOTICE ONLY    NOT FILED          .00          .00
CAPITAL ONE BANK         UNSECURED      NOT FILED          .00          .00
CAPITAL ONE BANK         UNSECURED      NOT FILED          .00          .00
CAPITAL ONE BANK         UNSECURED      NOT FILED          .00          .00
CAPITAL ONE              UNSECURED         613.04          .00          .00
CAPITAL ONE              UNSECURED         604.50          .00          .00
CAPITAL ONE              UNSECURED         533.38          .00          .00
CITY OF CHICAGO          UNSECURED      NOT FILED          .00          .00
CORPORATE AMERICA CREDIT UNSECURED        1321.76          .00          .00
DIRECT MERCHANTS BANK    UNSECURED      NOT FILED          .00          .00
FAMILY DENTAL CARE       UNSECURED      NOT FILED          .00          .00
GINNYS                   UNSECURED         206.57          .00          .00
HSBC BANK NEVADA/HSBC CA UNSECURED         662.77          .00          .00
ECAST SETTLEMENT CORP    UNSECURED         676.40          .00          .00
LVNV FUNDING             NOTICE ONLY    NOT FILED          .00          .00
MIDNIGHT VELVET          UNSECURED         920.74          .00          .00
MIDWEST PHYSICIAN GROUP  UNSECURED      NOT FILED          .00          .00
MONROE & MAIN            UNSECURED         111.91          .00          .00
MONTGOMERY WARD          UNSECURED      NOT FILED          .00          .00
PROACTIVE                UNSECURED      NOT FILED          .00          .00
SALLIE MAE GUARANTEE SER NOTICE ONLY    NOT FILED          .00          .00
SEVENTH AVENUE           UNSECURED         922.07          .00          .00
LVNV FUNDING LLC         UNSECURED       14495.43          .00          .00
SOUTHWEST CREDIT         UNSECURED      NOT FILED          .00          .00

                    PAGE   1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 12750 ROBERT O HENDERSON
```

```
ROUNDUP FUNDING LLC        UNSECURED        245.11             .00            .00
WELLS FARGO FINANCIAL AC   NOTICE ONLY    NOT FILED            .00            .00
WILLIE HENDERSON           UNSECURED      NOT FILED            .00            .00
WORLD FINANCIAL NETWORK    UNSECURED      NOT FILED            .00            .00
KONSTANTINE T SPARAGIS     DEBTOR ATTY    3,000.00                         401.65
TOM VAUGHN                 TRUSTEE                                         438.19
DEBTOR REFUND              REFUND                                             .00
```

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 7,250.00

PRIORITY                                              .00
SECURED                                          4,970.16
    INTEREST                                     1,440.00
UNSECURED                                             .00
ADMINISTRATIVE                                     401.65
TRUSTEE COMPENSATION                               438.19
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                   7,250.00                7,250.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE